# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1071
LT Case No. 2019-CA-003923

_____

SHERMAN BALCH,

v.

LAKEVIEW LOAN SERVICING,
LLC,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Sherman Balch, Palm City, pro se.

Philip Reznik and Shannon Troutman, of Albertelli Law, Tampa,
for Appellee.

January 9, 2024

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and KILBANE, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––